79,497-05,06

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 06 2015

Abel Acosta, Clerk

Keith Taylor
Hays Co. Jail
1307 Uhland Rd.
San Marcos, Tx 78666

Mar. 31st, 2015

Texas Court of Criminal Appeals
P.O. Box 12308, Capitol Station
Austin, Texas 78711

Cause No.
WR-79,497-05
WR-79,497-06

Re: Address Change:

Trial C# No.
D-1-DC-11-300144-C
D-1-DC-12-904028-C

Dear Clerk,

I am writing to inform you that my address has changed:
Keith Taylor
Hays Co. Jail
1307 Uhland Rd.
San Marcos, Tx 78666

Thank you in advance for your assistance on the matter.

Sincerely,

Keith Tay

Keith Taylor

CC: File, Travis Co. Clerk